The Honorable RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN ZIELINSKI,

        Plaintiff,

v.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA,

        Defendant.

NO. 3:19-cv-06244-RBL

**STIPULATION & AGREED ORDER TO LIFT STAY & REMAND**

## I. STIPULATION

COME NOW the parties, through their undersigned counsel, and stipulate to the following:

1. On 3/26/2020, this Court entered an Order on Motion to Remand (Dkt #18), remanding this matter to Pierce County Superior Court.

2. On 4/6/2020, Defendant First National Insurance Company of America filed a Petition for Permission to Appeal in the Ninth Circuit Court of Appeals. The same day, on 4/6/2020, Defendant filed a Motion to Stay Enforcement of this Court's Remand Order Pending Appeal to the Ninth Circuit (Dkt #19).

3. On 5/15/2020, this Court entered an Order granting Defendant's Motion to Stay (Dkt #24).

STIPULATION & AGREED ORDER
TO LIFT STAY & REMAND - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955

4. On 5/22/2020, the Ninth Circuit Court of Appeals entered an Order denying Defendant's Petition for Permission to Appeal.

5. Based upon the Ninth Circuit's denial of Defendant's Petition, the parties stipulate that the stay ordered in this matter be lifted to allow remand to Pierce County Superior Court forthwith.

DATED: May 26th, 2020.

| Law Offices of STEPHEN M. HANSEN, PS | FORSBERG & UMLAUF, PS |
|---|---|
| s/Stephen M. Hansen | *telephonically approved* <br> s/Matthew S. Adams |
| STEPHEN M. HANSEN, WSBA #15642 <br> Of Attorneys for Plaintiff | MATTHEW S. ADAMS, WSBA #18820 <br> Attorney for Defendant |

## II. ORDER

BASED UPON the above and foregoing Stipulation of the parties, it is SO ORDERED.

DATED this 2nd day of June, 2020.

Ronald B. Leighton
United States District Judge

| Presented by: | Approved as to Form and Content: |
|---|---|
| Law Offices of STEPHEN M. HANSEN, PS | FORSBERG & UMLAUF, PS |
| s/Stephen M. Hansen | *telephonically approved* <br> s/Matthew S. Adams |
| STEPHEN M. HANSEN, WSBA #15642 <br> Of Attorneys for Plaintiff | MATTHEW S. ADAMS, WSBA #18820 <br> Attorney for Defendant |

STIPULATION & AGREED ORDER
TO LIFT STAY & REMAND - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955